In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00249-CV
_____

**ELIJAH W. RATCLIFF, Appellant**

**V.**

**STATE UNAUTHORIZED PRACTICE OF LAW COMMITTEE, Appellee**

_____

**On Appeal from the 411th District Court**
**Polk County, Texas**
**Trial Cause No. CIV 23003**

_____

**MEMORANDUM OPINION**

The trial court signed its final judgment and permanent injunction on April 5, 2013. Notice of appeal was due to be filed on May 6, 2013. *See* Tex. R. App. P. 26.1; *see also* Tex. R. App. P. 4.1(a). On May 23, 2013, Elijah W. Ratcliff filed a notice of appeal that is dated May 22, 2013. Ratcliff failed to file a notice of appeal within the time this Court may grant an extension. *See* Tex. R. App. P. 26.3. On June 20, 2013, we notified the parties that the appeal would be dismissed for lack of jurisdiction unless grounds were shown for continuing the appeal. Ratcliff did

1

not respond to this Court's notice. The appeal is dismissed. *See* Tex. R. App. P.

42.3.

      APPEAL DISMISSED.

 

                                    _____

                                    STEVE McKEITHEN
                                    Chief Justice

Opinion Delivered July 11, 2013
Before McKeithen, C.J., Kreger and Horton, JJ.